THE PEOPLE ex rel. OAK HILL CEMETERY ASSOCIATION, Appellant, *v.* LUTHER A. PRATT et al., Assessors of the City of Rochester, Respondents.

(Submitted June 5, 1893 ; decided June 20, 1893.)

APPEAL from order of the General Term of the Supreme Court in the fifth judicial department, made January 18, 1893, which reversed an order of Special Term directing a retaxation of costs.

*Asa W. Russell* for appellant.

*C. D. Kiehel* for respondents.

Agree to affirm on opinion below.
All concur.
Order affirmed.